No. 190, Misc. HANLON v. NEW YORK. Supreme Court of New York, Dutchess County. Certiorari denied.

No. 192, Misc. ROMANO v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 193, Misc. MANCINI v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 194, Misc. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 197, Misc. SHERWOOD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Rankin* and *Acting Assistant Attorney General Yeagley* for the United States.

No. 198, Misc. KAPATOS v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 200, Misc. FULLER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jean F. Dwyer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 202, Misc. MORGAN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 203, Misc. POINDEXTER v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 206, Misc. ZIZZO v. NEW YORK. Court of Appeals of New York. Certiorari denied.